UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JAMES R. GIBSON et al.,

      Plaintiff,

v.                                          Case No.: 12-cv-657
                                                Civil: 751 – FMLA
MILWAUKEE COUNTY et al.,             445 – ADA

      Defendants.
_____

## ORDER ON STIPULATED BRIEFING SCHEDULE
_____

Upon the stipulation of the parties, the Court will amend the briefing schedule under Local Rule 56(b)(2) and Local Rule 56(b)(3) as follows:

IT IS ORDERED that the plaintiffs shall submit their response as required under Local Rule 56(b)(2) no later than November 17, 2014, and Defendants shall submit their reply under Local Rule 56(b)(3) no later than December 8, 2014.

Dated this 31st day of October, 2014.

                                                                    BY THE COURT:

                                                                    /s Lynn Adelman
                                                                    _____
                                                                    Honorable Lynn Adelman
                                                                    District Judge